Appellate Division, Fourth Department. November 13, 1907.) Action by Camille B. Johnston, as administratrix, etc., against the Syracuse Lighting Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the evidence shows that it was the duty of the deceased to make such an inspection as the court charged would make the deceased guilty of contributory negligence if he had made such inspection and failed to discover the defect.

JOLLEY, Respondent, v. HARTFORD FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by George Jolley against the Hartford Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

JONES, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Carrie Jones, against Jesse Jones, as executrix, etc.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision and judgment were contrary to the evidence.

McLENNAN, P. J., dissents.

JONES, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Arthur H. Jones against Augusta M. Walker. A. B. Rosenfeld, for appellant. O. Powell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOSEPH F. CLARKE CO., Respondent, v. POMERANA, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Joseph F. Clarke Company against Israel Pomerana. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

KAVANAUGH v. COMMONWEALTH TRUST CO. OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Charles H. Kavanaugh, who sues in behalf of himself, etc., against the Commonwealth Trust Company of New York, impleaded with others. No opinion. Motion granted, and question certified as follows: "Does the complaint of the plaintiff state facts sufficient to constitute a cause of action against the defendants Charles W. Wetmore and Charles F. Brooker?" See 105 N. Y. Supp. 1124.

KEEFE, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Annie Keefe against George W. Lee, and others.

PER CURIAM. Judgment and order denying motion for new trial affirmed, with costs. Order granting an additional allowance reversed, with $10 costs and disbursements.

WILLIAMS and KRUSE, JJ., dissent.

KELLY, Appellant, v. BUFFALO SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Mary Kelly, as administratrix, etc., against the Buffalo Savings Bank. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the evidence raised a question of fact which should have been submitted to the jury.

KENNY, Respondent, v. NEW YORK CITY RY. CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Actions by James H. Kenny against the New York City Railway Company. No opinion. Judgments of the Municipal Court affirmed, on consent in open court, with costs.

KEYSER et al., Appellants, v. PEGG et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Jeremiah Keyser and others against Elizabeth F. Pegg and others. F. A. Butler, for appellants. C. C. Miller, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

KEYSTONE PUB. CO., Appellant, v. LAMBERT SNYDER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by the Keystone Publishing Company against the Lambert Snyder Company. I. F. Russell, for appellant. W. H. Osborne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KIERNAN, Respondent, v. EIDLITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Kate Kiernan against Otto M. Eidlitz and another. F. V. Johnson, for appellants. J. N. Tuttle, for respondent. No opinion. Judgment modified, by striking out extra allowance, and, as so modified, judgment and order affirmed, without costs. Settle order on notice.

KING, Respondent, v. CHELSEA JUTE MILLS, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Kate King against the Chelsea Jute Mills. L. Cohn, for appellant. J. J. Buckley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KING, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by William King against Robert C. Fisher and another. No opinion. Judgment and order unanimously affirmed, with costs.

KINGSLEY, Respondent, v. FINCH, PRUYN & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department.